UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI S. YOUNG and GEORGE LOVIN JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>RALPH M. DIAZ, et al.,<br><br>Defendants. | No. 2:19-cv-983-JAM-EFB P<br><br>ORDER |

Plaintiffs, state prisoners proceeding pro se, have filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 17, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff Young has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 17, 2019, are adopted in full;

2. The motions for class certification (ECF Nos. 5 & 10) are DENIED;

3. All class action claims are DISMISSED without prejudice; and

4. Young's individual claims are DISMISSED without prejudice.

DATED: December 6, 2019

/s/ John A. Mendez_____ \_\_\_\_\_

UNITED STATES DISTRICT COURT JUDGE