UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZURI S. YOUNG and GEORGE LOVIN JACKSON,

Plaintiffs,

v.

RALPH M. DIAZ, et al.,

Defendants.

No. 2:19-cv-983-JAM-EFB P

FINDINGS AND RECOMMENDATIONS

Plaintiffs Young and Jackson – both state prisoners – have brought this section 1983 action without the assistance of counsel.[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

The court previously screened plaintiffs' complaint pursuant to 28 U.S.C. § 1915A(a). ECF No. 15. On October 17, 2019, the court issued an order addressing Jackson's claim. *Id.* The court dismissed his claims, explained the deficiencies therein, and granted Jackson thirty days in which to file an amended complaint to cure the deficiencies. *Id.* The order warned Jackson that failure to comply would result in a recommendation that this action be dismissed. The time for acting has now passed and Jackson has not filed an amended complaint or otherwise responded to the court's order. Thus, it appears that Jackson, the sole remaining plaintiff in this case, is unable to cure the defects in the complaint.

---

[1] All of Young's claims have been dismissed without prejudice. ECF No. 19.

1

Accordingly, it is RECOMMENDED that this action be DISMISSED without prejudice for the reasons set forth in the October 17, 2019 order (ECF No. 15).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 9, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE