ZURI S. K. YOUNG #AJ-03193
KVSP • 3000 W. CECIL AVENUE.
P.O. BOX 5103 • C2-227 LIVE!
DELANO, CA. 93216-5000
(PRO SE)

FILED
"ORIGINAL"
DEC 30 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ZURI S. K. YOUNG,
GEORGE LOVIN JACKSON,
PLAINTIFFS.

VS.

RALPH M. DIAZ, SECRETARY, et al.;
DEFENDANTS.

CASE NO. # 2:19 CV 0983 JAM

"OBJECTIONS TO THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS"
-28 USC § 636(b)(1).-

TO: THE CLERK, OF THE ABOVE ENTITLED COURT,
PLEASE TAKE NOTICE AND FILE, PLAINTIFFS YOUNG AND JACKSON'S "OBJECTIONS TO THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS", IN A TIMELY MANNER, WITHIN (14-DAYS) PLAINTIFFS HAVE DONE WHAT THE LAW PLAINLY ALLOWS US TO DO.

FURTHERMORE, PLAINTIFFS ASSERTS THAT THE MAGISTRATE JUDGE, EDMUND F. BRENNAN'S, ORDER DATED OCTOBER 17TH 2019, WAS IN ERROR AND THAT DESPITE ALL THE OBSTRUCTION OF JUSTICE, PLAINTIFF "YOUNG", FILED A TIMELY ORIGINAL-ONLY-OBJECTION TO THE MAGISTRATE'S TACTICS TO MISREPRESENT THE FEDERAL CLAIMS IN MR. YOUNG'S, CLASS-ACTION LAWSUIT, LISTING ATLEAST FIVE (5) OTHER PLAINTIFFS INCLUDING, ADAM J. ROBLEDO #AD-2176 • CMC ETC.

1.

## "ORIGINALS."
## "STATEMENT OF OBJECTIONS."

1. DESPITE, THE BIAS AND CAMOFLAUGE BIAS
2. OF THE MAGISTRATES FINDINGS, RECOMMENDATIONS,
3. AND ORDERS, PLAINTIFF'S HEREBY STATE FOR THE
4. RECORD AND FOR THE NOTICE OF APPEAL, (COMING
5. -SOON) THAT THE MAGISTRATE'S STANDARD'S OF
6. REVIEW AND THE SCREENING OF THE LAWSUIT WAS
7. LESS THAN ADEQUATE, AND DELIVERED WITH THE
8. MISREPRESENTATION OF THE "CLAIMS," WITHIN THE
9. BODY OF THE LAWSUIT, WHERE WE DEFINITELY
10. STATED A COGNIZABLE AND MERITORIOUS CLAIM
11. FOR RELIEF.
12.     WITH THAT BEING STATED, THE MAGISTRATE
13. DID NOT MENTION, THE RACKETEERING INFLUENCED
14. CORRUPT ORGANIZATION, ACT, (18 USC § 1962)
15. AND THE CONTINUING A CRIMINAL ENTERPRISE,
16. ACT, (21 USC § 848), NAMELY AND LISTENING THE
17. CULPRITS, (DEFENDANTS) DATES, TIMES, PLACES,
18. WHERE ALL THESE CIVIL-CONSTITUTIONAL RIGHTS
19. ARE BEING VIOLATED.
20.     I OBJECT ON THE BASIS OF "ERROR", THAT
21. BEING CONSTITUTIONAL AND PROCEDURAL, BIAS
22. PREJUDICE RULING IN FAVOR OF "CDCR," DEFEND-
23. -ANTS, WHO ARE RESPONSIBLE AND LIABLE FOR THE
24. FALSE IMPRISONMENT, DUE-PROCESS VIOLATIONS, AND
25. CRUEL AND UNUSUAL PUNISHMENT, CONSPIRACY TO (1)
26. MURDER, SILENCE, DEVIDE AND CONQUER PLAINTIFF,
27. ABUSE OF AUTHORITY, DISCRETION AND POWER BY A
28. FEDERAL GOVERNMENT ENTITY SUCH AS FEDERAL, (2)
29. JUDGE AND COURT, ASSISTING. DEFENDANTS IN THEIR
30. ONGOING CAMPAIGNE OF CIVIL-RIGHTS VIOLATIONS!

† SUBMITTED †

DATE: 12-26-19    2.    BY ZURI S. KYONG

"Original".

PROOF OF SERVICE BY MAIL

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, ZURIS. K. YOUNG, hereby declare that I am over the age of 18, I am the ~~plaintiff~~ (PLAINTIFFS) in the above-entitled cause of action, and my legal mailing address ~~CSP-LAC~~ KVSP - MAIL, P.O. Box 5103. C2-227 Live. DELANO, CA. 93216

On DECEMBER 26TH '19, I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s): OBJECTIONS TO MAGISTRATE (1) CLERK, FINDINGS AND RECOMMENDATIONS. USDC FILED ON DECEMBER 10TH 2019.

NO ACCESS TO THE PRISON LAW LIBRARY IN (4) MONTHS! "Originals!"

by placing (3) documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail, deposited in the manner provided by - KVSP -, and addressed as follows:

(1) CLERK, U.S. DISTRICT COURT.
EASTERN DISTRICT OF CALIFORNIA. (SAC.)
501 "I" STREET, SUITE # 4-200
SACRAMENTO, CA. 95814-2322
(Legal-Mail)

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 26TH day of DECEMBER, 2019 at the California State Prison - KVSP. P.O. BOX-5103, C2-227 (Live.)

DATED: 12-26-2019
(THURSDAY)

By ZURIS. K. YOUNG
PLAINTIFF
ZURIS. K. YOUNG

3.