UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LOVIN JACKSON,[1] <br><br> Plaintiff, <br><br> v. <br><br> RALPH M. DIAZ, et al., <br><br> Defendants. | No. 2:19-cv-983-JAM-EFB P <br><br><br> ORDER |

Plaintiff Jackson, a state prisoner, has brought this section 1983 action without the assistance of counsel. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 10, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Former plaintiff Young has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] Plaintiff Young's claims were dismissed by order filed December 6, 2019.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 10, 2019, are adopted in full; and

2. This action is DISMISSED without prejudice for the reasons set forth in the October 17, 2019 order (ECF No. 15).

DATED: January 22, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE